

United States District Court
Eastern District of California

| PRITPAL S. MOMI A226-117-451 |
| :--- |

Plaintiff(s)

Case Number:  | 1:26-cv-00700-TLN-AC |

V.

| ACTING FIELD OFFICE DIRECTOR, ET AL |
| :--- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Keren Ohana** _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**Pritpal S Momi**

On _____05/27/2010_____ (date), I was admitted to practice and presently in good standing in the **Appellate Div. of the Supreme Court of NY** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /✓ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____01/26/2026_____        Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Keren Ohana

Law Firm Name: Law office of Keren Ohana,

Address: 26 Court street Suite 1917

City: Brooklyn    State: NY    Zip: 11242

Phone Number w/Area Code: (917) 482-2808

City and State of Residence: Brooklyn, New York

Primary E-mail Address: Kerenohanaesq@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicolette Glazer

Law Firm Name: Law office of Larry L Glazer

Address: 2121 Avenue of the Stars, 8th floor

City: Century City    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 735-3478    Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 27, 2026

JUDGE, U.S. DISTRICT COURT